# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-15134 RG  
**Case Name:** ANDERSON, ALAN L  
SIAKEL, ANN  
**Period Ending:** 06/07/08

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 11/17/06 (f)  
**§341(a) Meeting Date:** 12/18/06  
**Claims Bar Date:** 03/31/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - US Bank | 20.00 | 0.00 | DA | 0.00 | FA |
| 2 | checking account - First Star | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | household goods | 800.00 | 0.00 | DA | 0.00 | FA |
| 4 | wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1996 Dodge Van | 700.00 | 0.00 | DA | 0.00 | FA |
| 7 | fraud tran - Advantage Financial Partners (u) | 0.00 | 70,000.00 | | 32,000.00 | FA |
| 8 | fraud tran - Midwest Sales Group (u) | Unknown | 5,000.00 | | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.09 | Unknown |
| 9 | **Assets** **Totals** (Excluding unknown values) | **$2,040.00** | **$75,000.00** | | **$34,509.09** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee seeks to abandon Asset Nos. 1, 2, 3, 4, 5 & 6 because said assets are of inconsequential value to Debtor's estate due to Debtor's valid claim of exemption and/or duly perfected liens in said assets.

Printed: 06/07/2008 10:21 AM   V.9.55

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-15134 RG  
**Case Name:** ANDERSON, ALAN L  
SIAKEL, ANN  
**Period Ending:** 06/07/08

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 11/17/06 (f)  
**§341(a) Meeting Date:** 12/18/06  
**Claims Bar Date:** 03/31/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 15, 2008        **Current Projected Date Of Final Report (TFR):** December 15, 2008