**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| ANDERSON, ALAN L | ) | |
| SIAKEL, ANN | ) | CASE NO. 06-15134 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:    U.S. BANKRUPTCY COURT
            Kane County Courthouse
            100 S. 3rd Street, Room 140
            Geneva, IL  60134

    on:    **July 17, 2008**
    at:    **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts    $ 34,500.49

    b. Disbursements    $ 0.00

    c. Net Cash Available for Distribution    $ 34,500.49

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ 4,200.05 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $ 911.02 |

| | | | |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | $ | $  7,507.50 |
| JOSEPH R. VOILAND Trustee's Firm Legal | $ | $ | $  15.06 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $21,457.11, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $99.58%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 7,220.00 | $ 7,189.63 |
| 2 | Regional Diagnostics LLC | $ 112.42 | $ 111.95 |
| 3 | Portfolio Recovery Associates, LLC. | $ 9,498.28 | $ 9,458.33 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 4,626.41 | $ 4,606.95 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (US Bank) - $20.00; Checking Account (First Star) - $20.00; Household Goods - $800.00; Wearing Apparel - $200.00; Jewelry - $300.00; 1996 Dodge Van - $700.00.

The Trustee seeks abandonment of said assets because they are subject to Debtors' valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated: **June 17, 2008**    For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 06-15134    Doc 43    Filed 06/17/08    Entered 06/20/08 00:51:34    Desc Imaged
                           Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1              Date Rcvd: Jun 17, 2008
Case: 06-15134                Form ID: pdf002             Total Served: 33
```

The following entities were served by first class mail on Jun 19, 2008.
```
db           +Alan L Anderson,    511 N. Weston Avenue,    Elgin, IL 60123-3338
jdb          +Ann Siakel,    511 N. Weston Avenue,    Elgin, IL 60123-3338
aty          +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11020280     +AFSCI,    P.O. Box 911,    Elgin, IL 60121-0911
11020279      Advantage Financial Partners,    Glendale Heights, IL 60139
11020281     +American Medical Collection Agency,    2269 South Saw Mill River Rd.,    Building 3,
               Elmsford, NY 10523-3848
11020282     +Assoicated Imaging Specialists,    1121 Lake Cook Road,    Ste M,    Deerfield, IL 60015-5234
11020283     +Central DuPage Hospital,    25 North Winfield Rd.,    Winfield, IL 60190-1295
11020285     +Cfc Deficiency Recover,    8813 Western Way,    Jacksonville, FL 32256-0367
11020286     +Chrysler Financial,    c/o Bowman, Heintz, Boscia & Vician,    8605 Broadway,
               Merrillville, IN 46410-7033
11020287     +F. J. Bero & Co.,    1629 Weld Road,    Elgin, IL 60123-5825
11020288      Family Resorts & Travel,    108 West Union,    P.O. Box 490,    Luxemburg, IA 52056
11020289     +Ford Motor Credit,    Pob 542000,    Omaha, NE 68154-8000
11020290     +Fox Valley Hemotology,    901 Center Street,    Suite 301,    Elgin, IL 60120-2130
11020291     +Fox Valley Orthopaedic Association,,    2525 Kaneville Road,    Geneva, IL 60134-2578
11020292     +Med Busi Bur,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
11020293     +Merchants Cr,    223 W Jackson St Suite 900,    Chicago, IL 60606-6993
11020294     +Moran & d'Arcambal,    265 Sunrise Hwy,    6th Floor,    Rockville Centre, NY 11570-4912
11020295      Nco/ Collection Agency,    Pob 41448,    Philadelphia, PA 19101
11020296     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11020297     +North Shore Agency,    751 Somma Ave.,    Westbury, NY 11590-5010
11020298      Orthopaedic Assoc of DuPage,    P.O. Box 4653,    Dept 4653,    Oakbrook, IL 60522-4653
11020299     +Portfolio Recovery Associates, LLC,    PO Box 4115,    Dept 922,    Concord, CA 94524-4115
12052695     +Portfolio Recovery Associates, LLC.,    c/o Bnk Of America,    POB 41067,    NORFOLK VA 23541-1067
11020300     +Provena St. Joe Hospital,    75 Remittance Dr.,    Ste 1174,    Chicago, IL 60675-1174
11020301     +Receivables Management Solutions,    260 E. Wentworth Ave.,    Saint Paul, MN 55118-3523
11020302     +Regional Diagnostics LLC,    P.O. Box 92292,    Cleveland, OH 44193-0003
11020305    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank,     P.O. Box 790084,    Saint Louis, MO 63179-0084)
11020306     +Weisz, Michling, Hofmann,    2030 N. Seminary Ave.,    Woodstock, IL 60098-2626
```

The following entities were served by electronic transmission on Jun 18, 2008.
```
12057485      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11861728      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Jun 18 2008 07:16:51     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
11020303     +E-mail/Text: resurgentbknotifications@resurgent.com                             Sherman Acquisitions,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11020284*    +Central DuPage Hospital,    25 North Winfield Rd.,    Winfield, IL 60190-1295
11020304*    +Sherman Acquisitions,    Po Box 740281,    Houston, TX 77274-0281
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2008**                          **Signature:** *Joseph Speetjens*